```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 07-61518-CIV-ZLOCH
```

HERNANDO PORRAS,

      Plaintiff,

vs.                                                **FINAL ORDER OF DISMISSAL**

NEW LAUDERHILL MALL
MANAGEMENT, LLC, et al.,

      Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation Of Dismissal With Prejudice (DE 20), filed herein by the Plaintiff, Hernando Porras, and Defendants, New Lauderhill Mall Management, LLC and Scott Granet.  The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    The Court has scrutinized the terms of the Parties' settlement agreement for fairness, and finds that it is in accord with the requirements set out in <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1353 (11th Cir. 1982).

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.  The Joint Stipulation Of Dismissal With Prejudice (DE 20) be and the same is hereby approved, adopted, and ratified by the

Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice, each party to bear their own attorney's fees and costs; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of April, 2008.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record